# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,097,155**

**Registered Jul. 04, 2023**

**Int. Cl.: 9, 35, 42**

**Service Mark**

**Trademark**

**Principal Register**

Walkme Ltd.  (ISRAEL LIMITED LIABILITY COMPANY)
10 Haumanim Street
Tel Aviv, ISRAEL 6789730

CLASS 9: Downloadable computer software for assisting a user by providing real time guidance and performance and execution tools for assisting with the concurrent navigation, execution and operation of other software and website features and functions; Downloadable computer software for assisting a user by providing real time guidance and performance and execution tools for others for navigating and accomplishing particular tasks on websites, software, and internet platforms, such as the interactive creation of online instructional guides to accomplish those tasks; Downloadable computer software for manipulating and changing display of a website to introduce interactive elements, widgets, tool-tips and textual information; Downloadable computer software for manipulating and changing display of software to introduce interactive elements, widgets, tool-tips and textual information; Downloadable computer software in the nature of web-browser extension for modifying websites and web documents; Downloadable computer software for composing and editing automation rules and digital walkthroughs for a website and software; Downloadable computer chatbot software for simulating conversations and for performing actions based on user instructions; Downloadable augmented reality software for providing augmented reality display related to website and software usage guidance; Downloadable computer software for receiving messages and displaying notifications relating to employees

FIRST USE 2-11-2020; IN COMMERCE 2-11-2020

CLASS 35: Compiling and analyzing statistics, data and other sources of information for business purposes; Monitoring usage of computer software and websites for business purposes; Business data analysis services in the field of employee training, employee productivity, employee onboarding and customer onboarding; Business process discovery service, namely, automatically identifying frequent business processes performed by users; Business monitoring and business consulting services, namely, tracking web sites and applications of others to provide business strategy and business advice regarding marketing, sales, operations or product design, namely, using analytic and statistic models for the understanding and predicting of consumers, businesses, and market trends and actions; conducting business surveys; conducting employee surveys for others for purposes of improving employee performance, productivity, and adoption of suggested workplace features based on employee feedback

FIRST USE 2-11-2020; IN COMMERCE 2-11-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



CLASS 42: Providing temporary use of on-line non-downloadable software for assisting a user by providing real time guidance and performance and execution tools for assisting with the concurrent navigation, execution and operation of other software and website features and functions for website development and software application development; providing temporary use of on-line nondownloadable software for assisting a user by providing real time guidance and performance, and execution tools for others for navigating and accomplishing particular tasks on websites, software, and internet platforms, such as the interactive creation of online instructional guides to accomplish those tasks; providing temporary use of on-line non-downloadable software for manipulating and changing display of a website to introduce interactive elements, widgets, tool-tips and textual information; providing temporary use of on-line non-downloadable software for manipulating and changing display of software to introduce interactive elements, widgets, tool-tips and textual information; providing temporary use of on-line non-downloadable software for tracking user engagement, user productivity, efficiency and adoption of features, in software and on a website; computer services for the analysis of data, namely, technological analysis of execution of multiple separate web-sites and applications, for the purpose of tracking cross-platform activity of users; providing temporary use of on-line nondownloadable chatbot software for simulating conversations and performing actions based on user instructions; providing temporary use of on-line non-downloadable software for recording user activity on an application, a website, or a combination thereof, and for displaying recorded activities to authorized users; providing temporary use of on-line non-downloadable software for providing augmented reality display related to usage guidance; providing temporary use of on-line non-downloadable software for using Application Programming Interface (API) for providing reports using third-party software and for activation functionalities in third-party software

FIRST USE 2-11-2020; IN COMMERCE 2-11-2020

The mark consists of the terms "walk" and "me" with "me" being inside a conversation bubble with background that is inverse of text.

OWNER OF U.S. REG. NO. 6286016

SER. NO. 97-351,403, FILED 04-07-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.