# EXHIBIT C


# BLOG / WHATFIX

## Exploring WalkMe Alternatives & Competitors?

Discovering a DAP? WalkMe is a pioneer in digital adoption space, but there may be alternatives and competitors that better fit your organization's needs. Here's a list of WalkMe alternatives and competitors to consider in 2024.

## What are the best WalkMe alternatives?

There are many WalkMe alternatives and competitors on the market today. Whatfix, WalkMe, Pendo, and Appcues are some of the most popular solutions for enterprise digital adoption.

1. **Whatfix** — Whatfix is a digital adoption platform that enables you to create in-app guidance and self-help support to drive user adoption.

2. **Pendo** — Pendo is a product experience platform that combines product analytics with in-app guidance.

3. **Appcues** — Appcues is a user onboarding platform designed to help product teams create in-app experiences.

4. **Userlane** — Userlane is a digital adoption platform that provides interactive guides and on-screen navigation.

5. **Spekit** — Spekit is a digital enablement platform that delivers in-app guidance and knowledge.

6. **Userpilot** — Userpilot helps product teams create onboarding flows and in-app experiences.

7. **Chameleon** — Chameleon is a product adoption platform for building in-app experiences without code.

## WalkMe vs. Whatfix

Whatfix is one of the WalkMe alternatives and competitors that organizations should consider when evaluating a digital adoption platform.



### Why Choose Whatfix Over WalkMe

Whatfix is the perfect alternative to WalkMe. Companies looking to invest in a digital adoption platform should consider Whatfix over WalkMe.





## WalkMe Features

WalkMe has several features that organizations can use to drive software adoption.

## WalkMe Pricing

WalkMe pricing is not publicly available on their website.

## WalkMe Competitors: Comparison Tables

## Why Whatfix Is the Best WalkMe Alternative





## Whatfix

Ready to Whatfix?