# EXHIBIT D



Whatfix is a **Digital Adoption Platform (DAP)** that helps organizations...

## Whatfix vs. WalkMe: Comparing Key Features



### 1. Self-service help and support

### 2. Create analytics and user segmentation

### 3. Mobile support

### 4. In-app messaging

### 5. User-friendly onboarding

### 6. Multi-language validation

### 7. User discovery tracking & insights

### 8. Data-driven content insights

## Comparing Whatfix vs WalkMe Use Cases

## Whatfix vs WalkMe Pricing Comparison

## Whatfix vs. WalkMe: What Do Customer Reviews Say?

## Software Clicks With Whatfix







# WalkMe vs. Pendo: Which DAP Is Better?

## Pendo vs. WalkMe: Comparing Key Features

### Pendo features



### WalkMe features

## Comparing Pendo vs. WalkMe Use Cases

## Pendo vs. WalkMe Pricing Comparison

## Pendo vs. WalkMe: What Do Customer Reviews Say?

## Whatfix: The Ideal Choice Going Pendo and WalkMe

   



# Appcues vs. WalkMe: Which DAP is Best?

## Appcues vs. WalkMe: Comparing Key Features



## Comparing Appcues vs. WalkMe for User Flows

## Appcues vs. WalkMe Pricing Comparison

## Appcues vs. WalkMe: What Do Customer Reviews Say?





Software Clicks With Whatfix

Sign up to the Whatfix blog