Michael Ng (Cal. State Bar No. 237915)
Michael.Ng@kobrekim.com
Daniel Zaheer (Cal. State Bar No. 237118)
Daniel.Zaheer@kobrekim.com
Kim Kennedy (Cal. State Bar No. 305499)
Kim.Kennedy@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582 4800
Fax: (415) 582 4811

James Pooley (Cal. State Bar No. 58041)
James@Pooley.com
**JAMES POOLEY, PLC**
325 Sharon Park Dr., #208
Menlo Park, CA 94025
Telephone: (650) 285-8520

George Stamatopoulos
(Admitted *Pro Hac Vice*)
George.Stamatopoulos@kobrekim.com
**KOBRE & KIM LLP**
800 Third Avenue
NY, New York 10022
Telephone: (212) 488 1200
Fax: (212) 488 1220

Shangxing (Simon) Lu
(Admitted *Pro Hac Vice*)
Simon.Lu@kobrekim.com
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: (202) 664 1900
Fax: (202) 664 1920

*Attorneys for Plaintiffs*
WALKME LTD. and WALKME INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WALKME LTD., an Israeli company, and WALKME INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WHATFIX, INC., a Delaware corporation, and WHATFIX PL, an Indian company,<br><br>Defendants. | CASE NO. 4:23-cv-03991-JSW<br><br>**DECLARATION OF KIM KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION TO RETAIN CONFIDENTIALITY**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date: July 19, 2024<br>Time: 9:00 AM<br>Courtroom: 5 – 2nd Floor<br>Judge: Jeffrey S. White |

## DECLARATION OF KIM KENNEDY

I, Kim Kennedy, hereby declare as follows:

1. I am a lawyer at the law firm Kobre & Kim LLP, and counsel to Plaintiffs WalkMe Ltd. and WalkMe Inc. ("Plaintiffs" or "WalkMe") in the above-captioned action. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California. I submit this declaration in support of WalkMe's Motion to Retain Confidentiality. The matters stated in this declaration are based on my personal knowledge.

2. Attached as **Exhibit A** hereto is a true and correct copy of an email from John Lanham, dated April 18, 2024.

3. Attached as **Exhibit B** hereto is a true and correct copy of an email from Daniel Zaheer, dated April 23, 2024.

4. Counsel for WalkMe met and conferred with counsel for Defendants Whatfix, Inc. and Whatfix PL (together, "Whatfix") on April 23, 2024.

5. During the parties' meet and confer, WalkMe reiterated its request that Whatfix specify which particular redactions to the SAC and the exhibits thereto Whatfix was challenging. Whatfix identified several specific portions it believed should not have been redacted (¶¶ 52, 54, 56, 57, 58, 68, 73, 74, and 83 of the SAC and item no. 123 of Exhibit A to the SAC) and stated that it was open to maintenance of WalkMe's redaction of some other information, including the names of WalkMe customers.

6. At the conclusion of the parties' meet and confer, WalkMe advised Whatfix that WalkMe would be filing revised redacted versions of the SAC and accompanying exhibits, and suggested that WalkMe's revisions to its redactions would likely address most, and potentially all, of Whatfix's concerns.

7. WalkMe asked Whatfix to review the revised redacted versions of the SAC and accompanying exhibits and to let WalkMe know if Whatfix had any remaining issues with WalkMe's designations and Whatfix agreed to conduct that review.

8. Whatfix did not inform WalkMe that Whatfix had any remaining challenges with respect to WalkMe's designations of its redactions to the SAC and exhibits thereto for more than

three weeks after WalkMe filed its revised redacted SAC and exhibits, nor did Whatfix request a further meet and confer with WalkMe.

9. Given the absence of any further comment from Whatfix after WalkMe filed its revised redacted versions of the SAC and accompanying exhibits, counsel for WalkMe understood that WalkMe's revised redactions had resolved all of the concerns raised by Whatfix and that the dispute over redactions and confidentiality designations in the SAC had been resolved.

10. Attached as **Exhibit C** hereto is a true and correct copy of an email from Caroline Pohl, dated May 22, 2024.

11. Attached as **Exhibit D** hereto is a true and correct copy of an email from Caroline Pohl, dated May 28, 2024.

12. The parties met and conferred on May 31, 2024, but have been unable to resolve this dispute.

13. Attached as **Exhibit E** hereto is a true and correct copy of an email from Caroline Pohl, dated May 31, 2024.

14. Attached as **Exhibit F** hereto is a true and correct copy of the Declaration of Nir Nahum in Support of WalkMe's Reply to Defendants' Opposition to Plaintiffs' Administrative Motion for Leave to File Under Seal Portions of Plaintiffs' Second Amended Complaint, filed on April 29, 2024 (ECF No. 112-1).

15. Attached as **Exhibit G** hereto is a true and correct copy of the Declaration of Elizabeth Hoffman in Support of WalkMe's Reply to Defendants' Opposition to Plaintiffs' Administrative Motion for Leave to File Under Seal Portions of Plaintiffs' Second Amended Complaint, filed on April 29, 2024 (ECF No. 112-2).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2024.        KOBRE & KIM LLP

By: */s/ Kim Kennedy*
Kim Kennedy

*Attorneys for Plaintiffs*
WALKME LTD. and WALKME INC.

## **ATTESTATION**

I, Daniel Zaheer, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1 (i)(3), I hereby attest that Kim Kennedy has concurred in the aforementioned filing.

*/s/ Daniel Zaheer*
Daniel Zaheer