# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WALKME LTD., an Israeli company, and WALKME INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WHATFIX, INC., a Delaware corporation, and WHATFIX PL, an Indian company,<br><br>Defendants. | CASE NO. 4:23-cv-03991-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RETAIN CONFIDENTIALITY**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date: July 19, 2024<br>Time: 9:00 AM<br>Courtroom: 5 – 2nd Floor<br>Judge: Jeffrey S. White |

Upon consideration of the pleadings, briefing, materials of record, and any oral argument presented, it is hereby ORDERED that Plaintiffs' Motion to Retain Confidentiality is GRANTED for at least the following reasons:

Defendants have not established that Plaintiffs have waived their confidentiality designations. Plaintiffs have established that good cause exists to retain the challenged confidentiality designations, and Defendants have not demonstrated any prejudice that would outweigh the risk of disclosure. The redacted portions of WalkMe's Second Amended Complaint and the exhibits thereto, and the WalkMe videos produced with Bates Nos. KKWM00000001–KKWM00000060, shall retain their confidentiality designations.

Accordingly, the Court GRANTS Plaintiffs' Motion to Retain Confidentiality.

**IT IS SO ORDERED.**

Dated:_____, 2024

HON. JEFFREY S. WHITE
United States District Court Judge