| | |
|---|---|
| Michael Ng (CA SBN 237915)<br>Michael.Ng@kobrekim.com<br>Daniel Zaheer (CA SBN 237118)<br>Daniel.Zaheer@kobrekim.com<br>Kim Kennedy (CA SBN 305499)<br>Kim.Kennedy@kobrekim.com<br>KOBRE & KIM LLP<br>150 California Street, 19th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 582 4800<br>Fax: (415) 582 4811<br><br>James Pooley (CA SBN 58041)<br>James@Pooley.com<br>JAMES POOLEY, PLC<br>325 Sharon Park Dr., #208<br>Menlo Park, CA 94025<br>Telephone: (650) 285 8520<br><br>*Attorneys for* WALKME LTD. and WALKME INC. | Bita Rahebi (CA SBN 209351)<br>BRahebi@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone:   (213) 892-5200<br>Facsimile:     (213) 892-5454<br><br>John R. Lanham (CA SBN 289382)<br>JLanham@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone:   (858) 720-5100<br>Facsimile:     (858) 720-5125<br><br>*Attorneys for* WHATFIX, INC. and WHATFIX PRIVATE LIMITED |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WALKME LTD., an Israeli company, and WALKME INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WHATFIX, INC., a Delaware corporation, and WHATFIX PRIVATE LIMITED, an Indian company,<br><br>　　　　　　Defendants.<br><br>WHATFIX, INC., a Delaware corporation, and WHATFIX PRIVATE LIMITED, an Indian company,<br><br>　　　　　　Counter-claimants,<br>　　v.<br><br>WALKME LTD., an Israeli company, and WALKME INC., a Delaware corporation<br><br>　　　　　　Counter-defendants. | Case No. 4:23-cv-03991-JSW<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action. All claims and counterclaims now or ever pending in the action are hereby DISMISSED WITH PREJUDICE, without any right of appeal, with each side to bear its own attorney's fees and costs.

Dated: May 6, 2025                                      Respectfully submitted,


                                                        By:  /s/ Daniel Zaheer
                                                        Daniel Zaheer
                                                        KOBRE & KIM LLP

                                                        *Attorneys for*
                                                        WALKME LTD. AND WALKME INC.


                                                        By: /s/ Roman A. Swoopes
                                                        Roman A. Swoopes
                                                        MORRISON & FOERSTER LLP

                                                        *Attorneys for*
                                                        WHATFIX, INC. and
                                                        WHATFIX PRIVATE LIMITED


### ECF ATTESTATION

I, Daniel Zaheer, hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.


                                                        By:  /s/ Daniel Zaheer
                                                        Daniel Zaheer
                                                        KOBRE & KIM LLP

                                                        *Attorneys for*
                                                        WALKME LTD. AND WALKME INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall close this file.

Dated: __May 7__, 2025

_____
HON. JEFFREY S. WHITE
United States District Judge